

Honorable Hilary L. Barnes
United States Bankruptcy Judge

Entered on Docket
October 15, 2025
_____

WILLIAM A. VAN METER, TRUSTEE
State Bar. No. 2803
P.O. Box 6630
Reno, Nevada  89513
(775) 324-2500
ecf@reno13.com

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

NATHAN C. WALLACE,

        Debtor.

_____/

CASE NO.  24-51283-HLB

Chapter 13

**STIPULATED CONDITIONAL ORDER OF DISMISSAL**

     The Trustee having moved to dismiss the Debtor's Chapter 13 bankruptcy case for cause (ECF#49) and the debtor, NATHAN C. WALLACE by and through their counsel TRICIA M. DARBY, ESQ. and the Standing Chapter 13 Trustee, WILLIAM A. VAN METER, hereby agree the Trustee's Motion shall be denied subject to the debtor complying with the following stipulated conditions:

    1.    On or before October 31, 2025 the debtor shall make a payment of $2,100.00 and provide the Trustee with a copy of the 2024 tax return or the case shall automatically dismiss.

    IT IS FURTHER ORDERED that, unless the Court orders otherwise, if the above stipulated conditions have not been satisfied within the specified time period, the Trustee may lodge an Order Dismissing Case without further notice and hearing.

IT IS FURTHER ORDERED that the Trustee's Motion to Dismiss for Failure to Make Plan Payments (ECF#49) set for hearing October 16, 2025 @ 3:00 pm shall be vacated.

**IT IS SO ORDERED**

Prepared by:

/S/WILLIAM A. VAN METER
WILLIAM A. VAN METER
Chapter 13 Trustee

Approved:

/S/TRICIA M. DARBY
TRICIA M. DARBY, ESQ.

NATHAN C. WALLACE
Case # 24-51283-HLB
**STIPULATED CONDITIONAL ORDER OF DISMISSAL**

<u>ALTERNATIVE METHODS re: RULE 9021:</u>

In accordance with L.R. 9021, the undersigned submitting this document certifies as follows:

_____    The court waived the requirements set forth in L.R. 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

   X    I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document].

TRICIA M. DARBY, ESQ.        \_\_\_X\_\_        Approved  \_\_\_\_\_ Disapproved  \_\_\_\_\_Failed to Respond

_____    I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

**Dated:** October 14, 2025

/S/ Kimberly Schneider
Kimberly Schneider
Assistant to William A. Van Meter, Trustee
P.O. Box 6630
Reno, NV  89509

###